FILED'06.JUN15 08:29USDC-ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Case No. 05-218-09-KI |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANDRES ORTIZ-MORALES, | ) | |
| | ) | |
| Defendant. | ) | |

Karin J. Immergut
United States Attorney
District of Oregon
Geoffrey A. Barrow
Jennifer J. Martin
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon 97204

      Attorneys for Plaintiff

George Paul Trejo, Jr.
The Trejo Law Firm
701 N. First Street, Suite 103
Yakima, Washington 98901-2296

      Attorney for Defendant

Page 1 - ORDER

KING, Judge:

George Paul Trejo, Jr., attorney for defendant, has filed a motion requesting that the court reconsider its May 31, 2006 minute order. Mr. Trejo's Request For the Court to Reconsider Its May 31, 2006 Minute Order (#298) is denied. Contrary to the assertion of Mr. Trejo, the order does not violate the rules of court. The court determined to require the filing of a copy of the fee agreement between Mr. Trejo and defendant, Andres Ortiz-Morales, in order to avoid any issue similar to those set forth by Mr. Trejo in his supplemental declaration, Re: Special Admission Pro Hac Vice. The court determined that having a copy of the fee agreement on file might prevent similar issues as the issues which have been the subject of the grievances investigated by the Washington State Bar Association which were set forth by Mr. Trejo in his application.

The fee agreement shall be filed under seal.

IT IS SO ORDERED.

Dated this ___12th___ day of June, 2006.

_____
Garr M. King
United States District Judge

Page 2 - ORDER